JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI ELIZABETH HARRIS,<br><br>　　　　Plaintiff<br><br>　v.<br><br>ANDREW SAUL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No:  5:20-CV-01194-PVC<br><br>**JUDGMENT** |

　　Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

　　IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: February 24, 2021

_____
HON. PEDRO V. CASTILLO
United States Magistrate Judge

-1-